IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PHIL-INSUL CORP. d/b/a INTEGRASPEC, | ) ) ) | Case No. 8:12cv151 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| AIRLITE PLASTICS, CO., a Nebraska Corporation, and FORMTECH, LLC, | ) ) ) | |
| Defendants. | | |

This case came before the court for a status conference. Counsel appeared telephonically: John Passarelli and Paul Adams represented the plaintiff. Jon Nelson, Louis DiSanto, Matthew Heffron, and William Brown represented the defendants.

The plaintiff, Phil-Insul Corp., informed the court that it will not file a petition for writ of certiorari with the United States Supreme Court (case 8:12cv91). Therefore,

**IT IS ORDERED:**

1. The current stay of this case is hereby lifted.

2. The parties are given until **January 9, 2015,** to file an updated Rule 26(f) planning report.

Dated this 12th day of December 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge